# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James R. Gould<br>Dianna L. Gould<br><u>Debtors</u> | CHAPTER 7<br><br>BKY. NO. 16-24267 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC a/k/a Green Tree Servicing LLC, and index same on the master mailing list.

Re: Loan # Ending In: 2950

    Respectfully submitted,

**/s/ Matthew J. McClelland, Esquire**
Matthew J. McClelland, Esquire
mmcclelland@kmllawgroup.com
Attorney I.D. No.319482
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306
Fax: 215-825-6406
Attorney for Movant/Applicant