# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James R. Gould<br>Dianna L. Gould<br><br>            Debtors | CHAPTER 7<br><br>BKY. NO. 16-24267 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7103

                                              Respectfully submitted,

                                              **/s/ James C. Warmbrodt, Esquire**
                                              James C. Warmbrodt, Esquire
                                              jwarmbrodt@kmllawgroup.com
                                              Attorney I.D. No. 42524
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              Phone: 215-627-1322
                                              Fax: 215-627-7734
                                              Attorney for Movant/Applicant