**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dianna L. Gould<br>James R. Gould<br>　　　　　Debtors<br><br>PNC Bank, National Association,<br>its successors and/or assigns<br>　　　　　Movant<br>　　v.<br>Dianna L. Gould<br>James R. Gould<br>　　　　　Respondents<br>　　　　and<br>Robert H. Slone Esq., Trustee<br>　　　　Additional Respondent | BK. NO. 16-24267 JAD<br><br>CHAPTER 7<br>Related to Docket # __16__ |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 17th day of Jan, 2017, at Pittsburgh, upon Motion of PNC Bank, National Association, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 1620 Constitution Blvd, Arnold, Pa 15068 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　　**JEFFERY A. DELLER**

FILED
1/17/17 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Dianna L. Gould
2692 Leechburgh Road
New Kensington, PA 15068

James R. Gould
2692 Leechburgh Road
New Kensington, PA 15068

Gino F. Peluso Esq.
2692 Leechburg Road, Suite A (VIA ECF)
Suite A
Lower Burrell, PA 15068
gp@attorneypeluso.com

Robert H. Slone Esq.
223 South Maple Avenue (VIA ECF)
Greensburg, PA 15601
robert.slone@7trustee.net

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James R. Gould  
Dianna L. Gould  
    Debtors

Case No. 16-24267-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Jan 17, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2017.  
db/jdb     +James R. Gould,    Dianna L. Gould,    1242 Taylor Avenue,    New Kensington, PA 15068-5531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2017 at the address(es) listed below:  
        Gino F. Peluso    on behalf of Debtor James R. Gould gp@attorneypeluso.com, pelusolaw@comcast.net  
        Gino F. Peluso    on behalf of Joint Debtor Dianna L. Gould gp@attorneypeluso.com, pelusolaw@comcast.net  
        James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
        Matthew John McClelland    on behalf of Creditor    Ditech Financial LLC a/k/a Green Tree Servicing LLC bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Robert H. Slone, Trustee    robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com  
                                                                                                                                                TOTAL: 6